## Commonwealth *v.* DeFoy, Appellant.

Submitted November 8, 1971. *Anthony L. Gam-*

*batese,* for appellant; *Michael M. Palmisano,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM : The order of the court below is vacated and the record remanded for a hearing on the issues raised by the original or an amended postconviction petition.

WRIGHT, P. J., dissents.